# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDRE' DAMONE SEWELL, | NO. CV 09-1700 JVS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 23, 2012

JAMES V. SELNA
United States District Judge